# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MARILEE HARNICK, | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 3:23-cv-01010 |
| v. | ) ) | |
| | ) | JUDGE CAMPBELL |
| CLAIBORNE MANAGEMENT LLC, | ) | MAGISTRATE JUDGE |
| | ) | FRENSLEY |
| Defendant. | ) | |

## ORDER

The Court, upon consideration of Defendant Claiborne Management, LLC d/b/a Claiborne and Hughes Health Center's Motion for Substitution of Counsel (Doc. No. 14), finds that the motion is well taken and should be, and hereby is, **GRANTED**. Accordingly, it is **ORDERED** that Peter B. Winterburn of Lewis Thomason, P.C. is permitted to withdraw as counsel of record for Defendant, and Mark A. Castleberry of Lewis Thomson, P.C. is hereby substituted as counsel for Defendant, in place of Peter B. Winterburn who shall have no further responsibility in this matter. W. Dawson Ogletree with Lewis Thomason, P.C. will also continue as counsel of record for Defendant. The Clerk's office is instructed to make the appropriate changes to the suit records and to send all further notices and correspondence to Mark A. Castleberry and W. Dawson Ogletree.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE